■ PURO FOUNDATION, INC., Respondent, v WINDSOR TRADING CORP. et al., Appellants.—Order, Supreme Court, New York County, entered on March 9, 1977, unanimously affirmed for the reasons stated by Asch, J., at Special Term, without costs and without disbursements. It is, of course, clear that the questions asked and documents called for must be relevant to the issues in this case. Concur—Kupferman, J. P., Evans, Capozzoli and Lane, JJ.

■ PUBLIC SERVICE EQUIPMENT COUNCIL, INC., et al., Respondents, v CITY OF NEW YORK et al., Appellants.—Resettled order and judgment (one paper), Supreme Court, New York County, entered on April 13, 1977, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, without costs and without disbursements. Appeal from order and judgment (one paper) of said court, entered on March 3, 1977, unanimously dismissed as academic, without costs and without disbursements. [90 Misc 2d 270.] Concur—Silverman, J. P., Capozzoli, Lane and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD SAUNDERS, Appellant.—Judgment, Supreme Court, New York County, rendered on November 15, 1974, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see Anders v California, 386 US 738; People v Saunders, 52 AD2d 833). No opinion. Concur—Birns, J. P., Evans, Capozzoli and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK HARGRAVES, Appellant.—Judgment, Supreme Court, New York County, rendered on February 27, 1975, unanimously affirmed. This case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Evans, Capozzoli and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ANELLO, Appellant.—Judgment, Supreme Court, New York County, rendered on May 14, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Evans, Capozzoli and Markewich, JJ.